FILED ___ LODGED
RECEIVED ___ COPY
OCT 11 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Andre Hinton, <br><br> Defendant. | CR-16-08238-PCT-PGR(BSB) <br><br> **R E D A C T E D   I N D I C T M E N T** <br><br> VIO:  18 U.S.C. §§ 1153, 1111 and 3559(f)(1) <br> (CIR-Second Degree Murder of a Child) |

THE GRAND JURY CHARGES:

On or between November 9 and November 15, 2006, in the District of Arizona, within the confines of the Ft. Apache Indian Reservation, Indian Country, the defendant, ANDRE HINTON, an Indian, did with malice aforethought, unlawfully kill K. T., a child under the age of 18.

In violation of Title 18, United States Code, Sections 1153, 1111 and 3559(f)(1).

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date:  October 11, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/

DIMITRA H. SAMPSON
Assistant U.S. Attorney